```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
UNITED STATES OF AMERICA
ex rel. KEVIN COSENS,                :

          Plaintiffs,                :

     - against -                     : No. 3:03CV654(GLG)
                                       MEMORANDUM DECISION
ST. FRANCIS HOSPITAL,                :
ROSLYN, NEW YORK,
                                     :
          Defendant.
------------------------------------X
```

FILED

May 19  1 2 PM '04

St. Francis Hospital, one of the forty defendants in the MDL litigation, has filed a supplemental brief **[Doc. # 3]** in support of the Motion to Dismiss for Failure to State a Claim, which emphasizes its allegedly unique situation in which 98 of the 116 claims on which the Government is suing were reviewed and approved for payment by a Peer Review Organization ("PRO"), a government contractor charged with responsibility for reviewing claims to determine if they are covered by Medicare. The Government has filed opposition to what it describes as this "brief/motion."

St. Francis' argument is based on facts and documents that are not part of the pleadings and, therefore, are not properly before the Court on a motion to dismiss. Accordingly, for this reason and for the reasons set forth in the Court's Opinion of May 12, 2004 in the MDL litigation, <u>In re. Cardiac Devices Qui Tam Litigation</u>, 3:03MD1505(GLG), the Court adheres to its ruling

1

in the MDL litigation and DENIES the Motion to Dismiss in all respects except that the Motion to Dismiss on Statute of Limitations grounds is GRANTED as to all common-law claims for payment by mistake, unjust enrichment and recoupment, which are based on Medicare claims filed prior to March 31, 1988.

SO ORDERED.

Date: May /7 , 2004.
   Waterbury, Connecticut.

GERARD L. GOETTEL,
United States District Judge